# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KNAPP, | Case No. 1:15-cv-00961 DLB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| VIRK, et al., | |
| Defendants. | TWENTY-ONE DAY DEADLINE |

Plaintiff David Knapp ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1]  Plaintiff filed this action on June 25, 2015.

On November 4, 2015, the Court screened the complaint and dismissed it with leave to amend. Plaintiff received numerous extensions of time, with the last extension granted on May 4, 2016. Pursuant to that order, an amended complaint was due within thirty (30) days. Over thirty (30) days have passed and he has not filed an amended complaint.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff must file a response to this order within twenty-one (21) days. Plaintiff may also comply by filing an amended complaint pursuant to the November 4, 2015, order.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on July 6, 2015.

1     <u>Failure to follow this order will result in dismissal of this action.</u>

3  IT IS SO ORDERED.

4     Dated: **June 29, 2016**            /s/ *Dennis L. Beck*
5                                              UNITED STATES MAGISTRATE JUDGE