# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KNAPP, | Case No. 1:15-cv-00961 DLB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Document 16) |
| VIRK, et al., | |
| Defendants. | |

Plaintiff David Knapp ("Plaintiff"), a state inmate in the custody of CDCR, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff filed this action on June 25, 2015.

On June 30, 2016, the Court issued an order to show cause why the action should not be dismissed after Plaintiff failed to file an amended complaint. Plaintiff filed his amended complaint on August 9, 2016. Therefore, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **August 10, 2016**    /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on July 6, 2015.